## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS NOE LARA SANTOS,           :
          *Petitioner,*        :
                                  :
        v.                  :   **CIVIL NO. 26-2373**
                                  :
J.L. JAMISON et al.,           :
           *Respondents.*    :

## ORDER

**AND NOW,** this **14th** day of **April 2026,** upon consideration of Carlos Noe Lara Santos's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Lara Santos from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on April 15, 2026.

2. The Government is enjoined from detaining Mr. Lara Santos under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED.**

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**